UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAVAERO JET CHARTER CORPORATION, § § § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION 4:14-CV-2428 |
| § | |
| BLAKE AIR, LLC, *et al,* § § | |
| *Defendants.* § | |

## ORDER

Pending before the Court is Plaintiff Tavaero Jet Charter Corporation's ("Tavaero") opposed Motion for Leave to File Plaintiff's Second Amended Complaint. Dkt. 33. After having carefully considered the motion and the applicable law, the Court finds that Plaintiff's motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiff's Second Amended Complaint (Dkt. 33-2) is now the active pleading in this action. It is further **ORDERED** that the April 15, 2015 motion hearing is continued and that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 16) is hereby **DISMISSED** as moot.

It is further **ORDERED** that Defendants shall have until **April 24, 2015** to either re-urge their Motion to Dismiss (Dkt. 16), or to file an amended Motion to Dismiss.

SIGNED at Houston, Texas on April 2, 2015.

_____
GEORGE C. HANKS, JR.
UNITED STATES MAGISTRATE JUDGE